# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANAEL PORRAS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIVE BELOW, INC., a Pennsylvania Corporation; and DOES 1 through 50, inclusive;<br><br>Defendants. | Case No. 2:23-cv-05299-MDG<br><br>Assigned to Hon. Dolly M. Gee<br>Courtroom 8C<br><br>**PROPOSED ORDER GRANTING STIPULATION TO ARBITRATE**<br><br>Complaint Filed: May 25, 2023 (Los Angeles Superior Court, Case No. 23GDCV01090)<br><br>Trial Date: None Set |

# [PROPOSED] ORDER

IT IS HEREBY ORDERED, pursuant to the stipulation of the parties hereto, that this entire action, *Nathanael Porras v. Five Below, Inc.*, Case No. 2:23-cv-05229-MDG, be dismissed so that the parties may proceed to binding individual arbitration. This Court shall retain jurisdiction to enforce this Order, the stipulation to binding arbitration, and any arbitration award rendered in the arbitration.

IT IS SO ORDERED.

Dated: _____, 2023

                                                                                                 Hon. Dolly Gee
United States District Judge