**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANAEL PORRAS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIVE BELOW, INC., a Pennsylvania Corporation; and DOES 1 through 50, inclusive;<br><br>Defendants. | Case No. CV 23-5299-DMG (ASx)<br><br>**ORDER APPROVING STIPULATION TO ARBITRATE [15]** |

IT IS HEREBY ORDERED, pursuant to the stipulation of the parties hereto, that this entire action, *Nathanael Porras v. Five Below, Inc.*, Case No. 2:23-cv-05229-DMG, be dismissed so that the parties may proceed to binding individual arbitration.  This Court shall retain jurisdiction to enforce this Order, the stipulation to binding arbitration, and any arbitration award rendered in the arbitration.  All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: October 10, 2023

DOLLY GEE
UNITED STATES DISTRICT JUDGE